IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN AND
MORTGAGE CORPORATION,

     Plaintiff,

  v.

RONALD D. WHITESEL and
THERESA J. TAYLOR,

     Defendants.
                                       /

No. C 11-03737 WHA

**ORDER TO SHOW
CAUSE AND VACATING
MOTION HEARING**

     Defendants Ronald D. Whitesel and Theresa J. Taylor, who are proceeding *pro se*, removed this action to federal district court in July 2011. Plaintiff filed a motion for remand on September 19, 2011 (Dkt. No. 12). Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition to the motion was due on October 3. None was filed. Accordingly, defendants Ronald D. Whitesel and Theresa J. Taylor are hereby **ORDERED TO SHOW CAUSE** why this action should not be remanded for lack of jurisdiction. Defendants Ronald D. Whitesel and Theresa J. Taylor must file a written response to this order by **NOVEMBER 1, 2011**. If no response is filed, or if the response fails to establish jurisdiction, then the action may be remanded to the court from which it was removed. The hearing on plaintiff's motion previously set for October 27, 2011, is **VACATED**.

     **IT IS SO ORDERED.**

Dated: October 11, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE